UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FIl
DOC #: _____
DATE FILED: 3/2/17

FREDKIEY HURLEY, individually,

    Plaintiff,

Case No. 16-CV-03025-AKH

v.

HIGHLINER HOLDINGS, LLC d/b/a THE COFFEE SHOP, a New York for profit corporation, and UNION SQUARE – BROADWAY ASSOCIATES LLC, a New York for profit limited liability company.

    Defendants.

A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: March 1, 2017

## NOTICE OF SETTLEMENT

Plaintiff **FREDKIEY HURLEY**, by and through the undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and all other applicable statutes, regulations, and legal authorities, as well as this Court's inherent authority, hereby provide move this honorable Court with the Notice of Settlement of all claims in their entirety. The Parties are presently finalizing their settlement agreement and preparing a joint motion submitting a consent decree for approval by this honorable Court.

The Parties' intend on finalizing their settlement and related documents to this Court within thirty (30) days of the filing of the instant notice.

Respectfully submitted on February 27, 2017.

        By: /s/ **Tara Demetriades**
        Tara Demetriades, Esq.
        New York Bar No. 4185666